UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 17-Cr-511 (SHS) |
| -v- | : | <u>ORDER</u> |
| GEORGE MCKELVEY, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that the government shall file its response to defendant's request for termination of supervised release by November 17, 2025.

Dated: New York, New York
        October 28, 2025

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.